AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Line Vreven

**SUMMONS IN A CIVIL CASE**

V.

AARP

CASE

Case: 1:08-cv-01099
Assigned To : Friedman, Paul L.
Assign. Date : 6/25/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

AARP
c/o CT Corporation, Registered Agent
1015 15th Street, N.W.
Suite 1000
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward J. Tolchin, Esquire
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, Virginia 22030

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN 2 5 2008

CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 7/1/08 — 12:44 pm |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Clark J. Reynolds | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Melanie Henderson, authorized to accept CT Corp. 1015 15th St. NW Ste 1000, Washington DC 20005 Registered Agent for AARP

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/1/08
Date

Signature of Server

PO Box 2602
Fairfax, VA 22031
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.