**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINE VREVEN, | : |
| | : |
| Plaintiff, | : |
| v. | : Case: 1:08-CV-01099-PLF |
| AARP, | : |
| | : |
| Defendant. | : |
| | : |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER AND/OR MOTION TO DISMISS

Defendant AARP, by and through its attorneys, hereby moves this Court to grant its Consent Motion for Extension of Time to File an Answer and/or Motion to Dismiss under Fed. R. Civ. P. 6(b). Plaintiff Line Vreven has consented to the Defendant's motion. For the reasons outlined below, Defendant respectfully requests the Court extend the time for it to file an Answer and/or Motion to Dismiss until, and including, August 21, 2008.

The Defendant has recently retained the undersigned counsel to represent it in the above-captioned action. The undersigned counsel needs additional time to conduct an investigation into the allegations made by the Plaintiff and prepare a proper defense, all of which constitute good cause under Fed. R. Civ. P. Rule 6(b). Plaintiff Line Vreven, having no objection, has consented to this motion.

For all of the reasons stated above, Defendant AARP respectfully requests this Court grant its Consent Motion for Extension of Time to File An Answer And/Or Motion to

Dismiss under Fed. R. Civ. P. 6(b) until, and including August 21, 2008.

                        Respectfully Submitted,

                        _/s/ Frank C. Morris, Jr. _____
                        Frank C. Morris, Jr. (#211482)
                        EPSTEIN BECKER & GREEN, P.C.
                        1227 25th Street, NW
                        Suite 700
                        Washington, D.C. 20037-1156
                        (202) 861-1880   Telephone
                        (202) 296-2882   Facsimile
                        Counsel for Defendant AARP

July 21, 2008

## CERTIFICATE OF SERVICE

The undersigned counsel for the Defendant hereby certifies that a true and correct copy of the attached Consent Motion for Extension of Time to File An Answer And/Or Motion to Dismiss was served on the 21st day of July, 2008 via Electronic Service upon the following attorney for the Plaintiff:

>Edwin J. Tolchin, Esq.
>Fettman, Tolchin & Majors, P.C.
>10509 Judicial Drive, Suite 300
>Fairfax, VA 22030

>/s/ Frank C. Morris, Jr.
>Frank C. Morris, Jr.

July 21, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LINE VREVEN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Case: 1:08-CV-01099-PLF |
| AARP, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

     Having considered the Consent Motion of Defendant AARP for an extension of time to and including August 21, 2008 to file an Answer or Motion to Dismiss in the above-captioned case, it is hereby

     ORDERED, that Defendant's Motion be and hereby is GRANTED, and Defendant AARP is hereby ORDERED to file an Answer or Motion to Dismiss by August 21, 2008.

_____
United States District Judge

DC:1483398v1

- 2 -

Copies to:

Edwin J. Tolchin, Esq.
FETTMAN, TOLCHIN & MAJORS, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030

Counsel for Plaintiff

And

Frank C. Morris, Jr., Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, NW
Suite 700
Washington, D.C. 20037-1156

Counsel for Defendant